**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| A. MICHAEL BIANCHI, Assignee, | |
| Plaintiff, | 8:26CV158 |
| vs. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; | ORDER |
| Defendant. | |

This matter is before the Court after review of the docket. Plaintiff commenced this action on April 10, 2026, by filing a Motion to Set Aside Forfeiture under 18 U.S.C. § 983(e). (Filing No. 1). Plaintiff's motion alleges that $6,600 in U.S. currency was seized by U.S. Immigration and Customs Enforcement on September 4, 2020, in York County, Nebraska. Plaintiff, an attorney, alleges the owner of the property, Dontay Prince—who has since assigned his interest in the property to Plaintiff—was not provided proper notice of the nonjudicial civil forfeiture proceedings because the notice Prince received did not have a date by which to calculate the deadline to timely file a claim. (Filing No. 2-1).

Plaintiff submitted a claim and referral to the U.S. Attorney for court action on behalf of Prince on November 23, 2020, (Filing No. 2-2), which was rejected as untimely by Johnathan Gauster, a Fines, Penalties and Forfeiture Officer with U.S. Customs and Border Protection, in March 2021. (Filing No. 2-3). Plaintiff asserts that letter was sent to the incorrect address. On March 12, 2021, the United States Government published its Notice of Seizure and Intent to Forfeit the property at issue. That notice had an end publication date of April 11, 2021, and indicated the deadline for filing a claim was May 11, 2021. (Filing No. 2-5). Plaintiff states that on August 2, 2021, a Declaration of Forfeiture was issued by U.S. Immigration and Customs Enforcement declaring the property forfeited to the United States. (Filing No. 1).

Plaintiff has now filed the instant motion to set aside that forfeiture under § 983(e). (Filing No. 1). On April 27, 2026, Plaintiff filed returns of service showing he provided notice of the motion by certified mail to Gauster at the U.S. Customs and Border Protection office in Bloomington, MN, (Filing No. 4), and to Todd Lyons, who was serving as the Acting Director of

U.S. Immigration and Customs Enforcement, (Filing No. 5).  No further action has been taken in this case.

Plaintiff has filed this action as a motion to set aside forfeiture, which is "the exclusive remedy for seeking to set aside a declaration of forfeiture under a civil forfeiture statute." 18 U.S.C. § 983(e)(5).  Such motion "shall be granted" if "(A) the Government knew, or reasonably should have known, of the moving party's interest and failed to take reasonable steps to provide such party with notice; and (B) the moving party did not know or have reason to know of the seizure within sufficient time to file a timely claim."  18 U.S.C. § 983(e)(1).  Section 983(e) does not describe specific procedures for providing the Government with notice of a motion brought under this section.  Because the first "pleading" in this case is not a Complaint, the rules for serving summons and the Complaint under Rule 4 of the Federal Rules of Civil Procedure would appear not to apply.  See Fed. R. Civ. P. 4 (providing procedures and requirements for serving summons and a copy of a complaint).  Nevertheless, the Court finds the requirements for providing the United States with notice of an action set forth in Rule 4 instructive in this case.

Plaintiff has provided two officers of the United States with notice of the instant motion, Gauster, and agent with U.S. Customs and Border Protection, and Lyons, who was Acting Director of U.S. Immigration and Customs Enforcement.  However, because Plaintiff's motion seeks relief against a United States Agency and because no further action has been taken in this case, the Court will direct Plaintiff to further provide notice of this motion to the United States Attorney for this district and to the Attorney General of the United States at Washington, D.C. See Fed. R. Civ. P. 4(i)(1)-(2).  Accordingly,

**IT IS ORDERED:**  On or before **July 2, 2026**, Plaintiff shall provide notice of his Motion to Set Aside Forfeiture under 18 U.S.C. § 983(e) and accompanying Index  (Filing Nos. 1-2) to the United States Attorney for this district and to the Attorney General of the United States at Washington, D.C.

Dated this 3rd day of June, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

2